NUMBER 13-03-132-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


THE STATE OF TEXAS , Appellant,



v.



DEBRA SALINAS , Appellee.

____________________________________________________________________


On appeal from the 105th District Court

of Nueces County, Texas.

____________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo and Garza

Opinion Per Curiam



 Appellant, THE STATE OF TEXAS , perfected an appeal from an order entered by the 105th District Court of Nueces
County, Texas, in cause number 02-CR-4095-D . After the record was filed, the State filed a motion for withdrawal of
notice of appeal. The State requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion for withdrawal of notice of appeal, is of the
opinion that the motion should be granted. Appellant's motion for withdrawal of notice of appeal is granted, and the appeal
is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

5th of June, 2003 .